No. 582. OLLIFF v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Pat M. Baskin* for petitioner.

No. 583. PENNSYLVANIA EX REL. KUNTZ v. STACKHOUSE ET UX. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Thomas D. McBride* for petitioner. *Edwin E. Lippincott, II* for respondents.

No. 585. DOLCIN CORPORATION ET AL. v. FEDERAL TRADE COMMISSION. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Michael F. Markel* and *Wayne K. Hill* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 598. SKINNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 603. DENTON ET AL., DOING BUSINESS AS MARDEN MANUFACTURING CO., v. NATIONAL LABOR RELATIONS BOARD. C. A, 5th Cir. Certiorari denied. *Burr Tracy Ansell* and *A. R. Surles, Jr.* for petitioners. *Solicitor General Sobeloff, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 609. CATO v. SILLING. Supreme Court of Appeals of West Virginia. Certiorari denied. *J. Campbell Palmer III* for petitioner. *J. B. Fisher* for respondent.